[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 1, 2005
THOMAS K. KAHN
CLERK

No. 05-10659
Non-Argument Calendar

D. C. Docket No. 04-02495-CV-J-NW

EDWIN WILLIAMS,

Plaintiff-Appellee,

versus

MIKE BLAKELY,
Sheriff of Limestone County, Alabama,
individually and in his official capacity
as Sheriff of Limestone County, Alabama,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Alabama

**(September 1, 2005)**

Before ANDERSON, BIRCH and BLACK, Circuit Judges.

PER CURIAM:

Mike Blakely, Sheriff of Limestone County, Alabama, appeals the district court's denial of his motion to dismiss Edwin Williams' 42 U.S.C. § 1983 complaint against him. After reviewing Williams' complaint, we determine the district court did not err in denying Sheriff Blakely's motion to dismiss. AFFIRMED.